UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-60981-CIV-CANNON/Hunt

**CAFÉ, GELATO & PANINI LLC**,
and **DJAMES FOODS, INC.**,
on behalf of themselves and
all others similarly situated,

    Plaintiffs,
v.

**SIMON PROPERTY GROUP, INC., et al.**,

    Defendants.
_____/

## ORDER OF DISMISSAL AS TO PLAINTIFF DJAMES FOODS, INC.'S CLAIMS

**THIS CAUSE** comes before the Court upon Plaintiff DJames Foods, Inc.'s Notice of Voluntary Dismissal Without Prejudice [ECF No. 150], filed on April 9, 2022. A plaintiff may dismiss an action voluntarily without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not filed an answer or a motion for summary judgment in this case.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Count VII is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court shall **TERMINATE** Plaintiff DJames Foods, Inc. as a plaintiff in this matter.

3. This action remains **OPEN** as to all other claims.

CASE NO. 20-60981-CIV-CANNON/Hunt

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 11th day of April 2022.

                                                    **AILEEN M. CANNON**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record