# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| CAFÉ, GELATO & PANINI LLC, d/b/a/ CAFÉ GELATO PANINI, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIMON PROPERTY GROUP, INC., SIMON PROPERTY GROUP, L.P., M.S. MANAGEMENT ASSOCIATES, INC., and THE TOWN CENTER AT BOCA RATON TRUST,<br><br>Defendants. | Case No. 0:20-cv-60981-AMC |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The Parties, by and through their respective counsel, stipulate and agree that the claims and counterclaims in the above-referenced matter are dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41, in accordance with the terms and conditions of the settlement agreement executed contemporaneously with this stipulation.

The parties jointly request that the Court retain jurisdiction over this matter for 60 days following the execution of the aforementioned settlement agreement.

Respectfully submitted,

| **BUCKNER + MILES** | **BOIES SCHILLER FLEXNER LLP** |
|---|---|
| */s/David M. Buckner*<br>David M. Buckner<br>Seth E. Miles<br>Brett E. von Borke<br>2020 Salzedo Street, Suite 302<br>Coral Gables, Florida 33134<br>Telephone: 305.964.8003<br>david@bucknermiles.com<br>seth@bucknermiles.com<br>vonborke@bucknermiles.com | */s/ Ursula Ungaro*<br>Ursula Ungaro<br>Florida Bar No. 200883<br>uungaro@bsfllp.com<br>100 SE Second Street Suite 2800 M<br>Miami, FL 33131<br>Telephone: (305) 357-8432<br>Facsimile: (305) 536-1307 |

| | |
|---|---|
| **KELLEY \| UUSTAL**<br>John J. Uustal<br>Cristina M. Pierson<br>Kelley Uustal<br>500 North Federal Highway, Suite 200<br>Fort Lauderdale, Florida 33301<br>Telephone: 954.522.6601<br>jju@kulaw.com<br>cmp@kulaw.com<br><br>*Attorneys for Plaintiff*<br>*Cafe, Gelato & Panini LLC,*<br>*d/b/a/ Cafe Gelato Panini* | **BERGER SINGERMAN LLP**<br>Mitchell W. Berger<br>Florida Bar No. 311340<br>mberger@bergersingerman.com<br>Fred O. Goldberg<br>Florida Bar No. 898619<br>fgoldberg@bergersingerman.com<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 755-9500<br>Facsimile: (305) 714-4340<br><br>**BLANK ROME LLP**<br>James T. Smith (*admitted pro hac vice*)<br>Daniel E. Rhynhart (*admitted pro hac vice*)<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>Telephone: 215-569-5500<br>Facsimile: 215-569-5555<br>Smith-jt@BlankRome.com<br>Rhynhart@BlankRome.com<br><br>*Attorneys for Defendants*<br>*Simon Property Group, Inc.,*<br>*Simon Property Group, L.P.,*<br>*M.S. Management Associates, Inc., and*<br>*The Town Center at Boca Raton Trust* |

So ORDERED by the Court on this \_\_\_\_ day of June, 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: Counsel of record.