UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-60981-CIV-CANNON/Hunt

**CAFÉ, GELATO & PANINI LLC**,
on behalf of itself and
all others similarly situated,

    Plaintiff,
v.

**SIMON PROPERTY GROUP, INC., et al.**,

    Defendants.
_____/

**THE TOWN CENTER AT BOCA RATON TRUST**,

    Counterclaimant,

v.

**CAFÉ, GELATO & PANINI LLC**,

    Counter defendant.
_____/

**ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal with Prejudice [ECF No. 300], filed on June 9, 2023. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective June 9, 2023, the date on which the parties filed their Stipulation of Dismissal [ECF No. 300]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk shall **CLOSE** this case. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE NO. 20-60981-CIV-CANNON/Hunt

2. The Court will retain jurisdiction over this case until **August 14**, **2023**, and no later.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 14th day of June 2023.

                                         **AILEEN M. CANNON**
                                     **UNITED STATES DISTRICT JUDGE**

cc: counsel of record